G. Thomas Martin, III, Esq. (SBN 218456)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com
Attorney for Plaintiffs,
Mark Steven Lucero and Gina Marie Lucero

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**BAKERSFIELD DIVISION**

| | |
|---|---|
| MARK STEVEN LUCERO and GINA MARIE LUCERO<br><br>       Plaintiff,<br><br>   vs.<br><br>NISSAN OF BAKERSFIELD<br><br>       Defendant. | **Case No.: 1:09-cv-00724-LJO-BAK**<br><br>**REQUEST AND ORDER FOR VOLUNTARY DISMISSAL** |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiffs, MARK STEVEN LUCERO and GINA MARIE LUCERO, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: July 2, 2009                              KROHN & MOSS, LTD.

By:/s/ G. Thomas Martin, III
G. Thomas Martin
Attorney for Plaintiffs

IT IS SO ORDERED.

**Dated:   July 2, 2009**          /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE